UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ARCHULETA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN DEL CAMPO, et al.,<br><br>　　　　Defendants. | No. 2: 18-cv-0872 KJN P<br><br>ORDER and FINDINGS &<br>RECOMMENDATIONS |

By order filed April 13, 2018, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. On April 17, 2018, the April 13, 2018 order was re-served on plaintiff at his new address. Thirty days from the date of re-service have now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk shall assign a district judge to this case; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

"Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: June 6, 2018

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Arch872.fta